FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUL -6 PM 4: 28

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CARLOS BAEZ-LARA, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 305-014 |
| MICHAEL PUGH, Warden,<br>McRae Correctional Facility, | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss is **GRANTED**, this civil action is **DISMISSED**, and an appropriate judgment of dismissal is **ENTERED** in favor of Respondent.

SO ORDERED this 5th day of July, 2005.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## *Southern District of Georgia*

Carlos Baez-Lara  )

vs  )  CASE NUMBER CV305-14

Michael Pugh  )  DIVISION DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/6/05 , which is part of the official record of this case.

Date of Mailing: 7/6/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: WPrescott
Deputy Clerk

<u>Name and Address</u>

Carlos Baez-Lara REG#23469-069 McRae Correctional Institute 1000 A. Jim Hammock Dr. McRae, Ga. 31055
Amy Lee Copeland U.S. Attorney's Office PO. Box 8970 Savannah, Ga. 31412

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate